Nan E. Joesten (State Bar No. 191288)
Amarra A. Lee (State Bar No. 245679)
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for
BITECH INTERNATIONAL LLC, TELEDATA INFORMATICS LTD., ANUSH RAMACHANDRAN, and ALPHASOFT SERVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARATH BOYAPATI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BITECH INTERNATIONAL LLC, a United Arab Emirates Corporation; TELEDATA INFORMATICS LTD., an India Corporation; ANUSH RAMACHANDRAN, an individual; and ALPHASOFT SERVICES CORPORATION a Delaware Corporation,<br><br>Defendants. | Case No. C07-0225 SC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS BITECH INTERNATIONAL LLC, TELEDATA INFORMATICS LTD., ANUSH RAMACHANDRAN, AND ALPHASOFT SERVICES CORPORATION TO RESPOND TO THE COMPLAINT**<br><br>(Complaint Filed: January 11, 2007) |

STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO THE COMPLAINT
CASE NO. C07-0225 SC

21773\1168499.1

1   WHEREAS on January 11, 2007, Plaintiff Sarath Boyapati ("Plaintiff") filed his Complaint for Damages, Injunctive Relief, Declaratory Relief and Specific Performance;

WHEREAS Defendants Bitech International LLC, Teledata Informatics Ltd., Anush Ramachandran, and AlphaSoft Services Corporation (collectively "Defendants") have all been served with the Complaint and have requested an extension of time to respond to the Complaint;

WHEREAS this extension comports with Local Rule 6-1(a) because extending time for the Defendants to respond to the Complaint does not alter the date of any deadline already fixed by Court order; and

WHEREAS counsel for Plaintiff has agreed to the extension;

NOW THEREFORE, the parties stipulate as follows:

The responses of Bitech International LLC, Teledata Informatics Ltd., Anush Ramachandran, and AlphaSoft Services Corporation, to the Complaint shall be filed and served on or before February 13, 2007.

DATED: February 5, 2007    FARELLA BRAUN & MARTEL LLP

By: /S/
    Nan E. Joesten

Attorney for Defendants
BITECH INTERNATIONAL LLC,
TELEDATA INFORMATICS LTD., ANUSH
RAMACHANDRAN, and ALPHASOFT
SERVICES CORPORATION

DATED: February 5, 2007    HOWARD RICE NEMEROVSKI CANADY
                           FALK & RABKIN

By: /S/ Kevin H. Lewis
    Kevin H. Lewis

Attorneys for Plaintiff
Sarath Boyapati

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO THE COMPLAINT              - 2 -              21773\1168499. 1
CASE NO. C07-0225 SC