Nan E. Joesten (State Bar No. 191288)
Frank J. Riebli (State Bar No. 221152)
Amarra A. Lee (State Bar No. 245679)
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for
BITECH INTERNATIONAL LLC, TELEDATA INFORMATICS LTD., ANUSH RAMACHANDRAN, and ALPHASOFT SERVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARATH BOYAPATI, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>BITECH INTERNATIONAL LLC, a United Arab Emirates Corporation; TELEDATA INFORMATICS LTD., an India Corporation; ANUSH RAMACHANDRAN, an individual; and ALPHASOFT SERVICES CORPORATION a Delaware Corporation,<br><br>    Defendants. | Case No. C07-0225  SC<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS BITECH INTERNATIONAL LLC, TELEDATA INFORMATICS LTD., ANUSH RAMACHANDRAN, AND ALPHASOFT SERVICES CORPORATION TO RESPOND TO THE COMPLAINT**<br><br>(Complaint Filed:  January 11, 2007) |

WHEREAS on January 11, 2007, Plaintiff Sarath Boyapati ("Plaintiff") filed his Complaint for Damages, Injunctive Relief, Declaratory Relief and Specific Performance;

WHEREAS Defendants Bitech International LLC, Teledata Informatics Ltd., Anush Ramachandran, and AlphaSoft Services Corporation (collectively "Defendants") have all been served with the Complaint and have requested an extension of time to respond to the Complaint;

WHEREAS this second extension comports with Local Rule 6-1(a) because extending time for the Defendants to respond to the Complaint does not alter the date of any deadline

SECOND STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO THE COMPLAINT                                                                 21773\1174111.1
CASE NO. C07-0225  SC

1  already fixed by Court order;

2  WHEREAS the Court, by order dated February 12, 2007, granted a stipulated extension of

3  the time to respond for Defendants from February 7, 2007 to February 13, 2007;

4  WHEREAS counsel for Plaintiff has agreed to the extension;

5  NOW THEREFORE, the parties stipulate as follows:

6  The responses of Bitech International LLC, Teledata Informatics Ltd., Anush

7  Ramachandran, and AlphaSoft Services Corporation, to the Complaint shall be filed and served

8  on or before February 20, 2007.

10  DATED: February 12, 2007                    FARELLA BRAUN & MARTEL LLP

12                                              By:    /s/
                                                     Frank J. Riebli

14                                              Attorney for Defendants
                                                BITECH INTERNATIONAL LLC,
                                                TELEDATA INFORMATICS LTD., ANUSH
15                                              RAMACHANDRAN, and ALPHASOFT
                                                SERVICES CORPORATION

18  DATED: February 12, 2007                    HOWARD RICE NEMEROVSKI CANADY
                                                FALK & RABKIN

20                                              By: /s/ Frank J. Riebli for Kevin H. Lewis
                                                       Kevin H. Lewis

22                                              Attorneys for Plaintiff
                                                SARATH BOYAPATI

*IT IS SO ORDERED*
*Judge Samuel Conti*
(United States District Court, Northern District of California seal)

SECOND STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO THE COMPLAINT       - 2 -                           21773\1174111.1
CASE NO. C07-0225 SC