| | |
|---|---|
| 1 | Nan E. Joesten (State Bar No. 191288) |
| | Frank J. Riebli (State Bar No. 221152) |
| 2 | Farella Braun & Martel LLP |
| | 235 Montgomery Street, 17th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 954-4400 |
| 4 | Facsimile: (415) 954-4480 |
| 5 | Attorneys for Defendants |
| | BITECH INTERNATIONAL, LLC, TELEDATA |
| 6 | INFORMATICS LTD., ANUSH |
| | RAMACHANDRAN, and ALPHASOFT |
| 7 | SERVICES CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARATH BOYAPATI, an individual, | Case No. C 07 0225 SC (MEJ) |
| Plaintiff, | Action Filed: January 11, 2007 |
| vs. | **STIPULATED ORDER SEALING DOCUMENTS** |
| BITECH INTERNATIONAL LLC, a United Arab Emirates corporation; TELEDATA INFORMATICS LTD., an India corporation; ANUSH RAMACHANDRAN, an individual; and ALPHASOFT SERVICES CORPORATION, a Delaware corporation, | |
| Defendants. | |
| BITECH INTERNATIONAL LLC, a United Arab Emirates limited liability company; TELEDATA INFORMATICS LTD., an India corporation; ANUSH RAMACHANDRAN, an individual; and ALPHASOFT SERVICES CORPORATION, a Delaware corporation, | |
| Counterclaimants, | |
| vs. | |
| SARATH BOYAPATI, an individual; MARILYN WEINSTEIN, an individual; and INTERGRATED TALENT SOLUTIONS, INC. a California corporation, | |
| Counterclaim Defendants. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED ORDER SEALING DOCUMENTS
Case No. C 07 0225 SC (MEJ)

21773\1187245. 121773\1186235.1

Good cause appearing, it is hereby ordered that Exhibits D through J and L through N to the Declaration of Sarath Boyapati In Support Of Plaintiff's Motion For Expedited Discovery And Motion To Shorten Time, filed February 14, 2007 in the above-captioned matter, shall be temporarily sealed pending further order from this Court. Counsel shall meet and confer for the purposes of resolving the dispute regarding these documents without further involvement of the Court. If necessary, the Court shall hear Defendants' motion on March 29, 2007. Defendants shall file their papers in support of the motion by March 5, 2007, Plaintiff shall file his papers in opposition to the motion by March 12, 2007, and Defendants shall file any reply by March 16, 2007. The Court Clerk is hereby directed to temporarily remove the above-referenced documents from the public record pending further order from this Court.

**IT IS SO ORDERED.**

DATED: February 23, 2007

Hon. Maria
United States Magistrate Judge

APPROVED AS TO FORM:

DATED: February 21, 2007          FARELLA BRAUN & MARTEL LLP

By:  /s/
   Frank J. Riebli

Attorneys for Defendants
BITECH INTERNATIONAL LLC, a United Arab Emirates corporation; TELEDATA INFORMATICS LTD., an India corporation; ANUSH RAMACHANDRAN, an individual; and ALPHASOFT SERVICES CORPORATION, a Delaware corporation

DATED: February 21, 2007          HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, a Professional Corporation

By:  /s/
   Kevin H. Lewis

Attorneys for Plaintiff
SARATH BOYAPATI

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED ORDER SEALING DOCUMENTS
Case No. C 07 0225 SC (MEJ)          - 2 -          21773\1187245. 121773\1186235.1