GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
KEVIN H. LEWIS (No. 197421)
Email: klewis@howardrice.com
JASON S. TAKENOUCHI (No. 234835)
Email: jtakenouchi@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Plaintiff
SARATH BOYAPATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARATH BOYAPATI, an individual, | No. C 07-00225 SC |
| Plaintiff, | Action Filed: January 11, 2007 |
| v. | [PROPOSED] ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY |
| BITECH INTERNATIONAL LLC, a United Arab Emirates Corporation; TELEDATA INFORMATICS LTD., an India Corporation; ANUSH RAMACHANDRAN, an individual; and ALPHASOFT SERVICES CORPORATION, a Delaware Corporation, | |
| Defendants. | |
| BITECH INTERNATIONAL LLC, a United Arab Emirates limited liability company; TELEDATA INFORMATICS LTD., an India Corporation; ANUSH RAMACHANDRAN, an individual; and ALPHASOFT SERVICES CORPORATION, a Delaware corporation, | |
| Counterclaimants, | |
| v. | |
| SARATH BOYAPATI, an individual; MARILYN WEINSTEIN, an individual; and INTEGRATED TALENT SOLUTIONS, INC., a California corporation, | |
| Counterclaim Defendants. | |

    Plaintiff Sarath Boyapati's Motion For Expedited Discovery And Motion For Order Shortening Time were filed with this Court on February 14, 2007 and the motions were referred to the Honorable Maria-Elena James by The Honorable Samuel Conti on February 15, 2007. The Honorable Maria-Elena James convened a telephonic hearing on the Motion For Expedited Discovery on March 8, 2007 at 2:30 p.m. Plaintiff Sarath Boyapati was represented by Kevin H. Lewis and Defendants were represented by Nan E. Joesten. This Court, having considered the arguments of counsel and the papers submitted by the respective parties relating to Plaintiff's Motion For Expedited Discovery ("Motion"), HEREBY ORDERS that the Motion is GRANTED IN PART as follows:

    The Court orders expedited discovery in the form of depositions by written questions which, pursuant to Federal Rules of Civil Procedure 31(a)(3) and 30(b)(6), may be directed to each of the three corporate Defendants concerning the subject matters identified in Plaintiff's Motion. The Court therefore orders that Plaintiff may propound 15 written questions to each defendant corporation (for a total of 45 questions in total) relevant to the subject matter of the indemnification claims described in David Menken's January 3, 2007 letter and/or any other basis for Defendants' refusal to pay the amounts owed under the Share Purchase Agreement. Plaintiff's counsel shall hand-deliver these questions to Defendants' counsel, Nan E. Joesten, by no later than 5:00 p.m. on Friday, March 9, 2007. Each of the three Defendant corporations shall provide their answers to these questions in writing verified under oath by the appropriate person or persons most knowledgeable by no later than Friday, March 23, 2007. Defendant's counsel shall hand-deliver the answers to these questions to Kevin H. Lewis by no later than 5:00 p.m. on March 23, 2007.

**IT IS SO ORDERED.**

DATED: March 9, 2007.



_____
United States Magistrate Judge

[PROPOSED] ORDER GRANTING MOT. FOR EXPEDITED DISCOVERY      C 07-00225 SC

-1-

**APPROVED AS TO FORM:**

DATED: March 9, 2007　　　　　　　　　FARELLA BRAUN & MARTEL LLP


By: ___/s/ Kevin H. Lewis for Nan E. Joesten___
　　　　NAN E. JOESTEN

Attorneys for Defendants and Counterclaimants
BITECH INTERNATIONAL LLC,
TELEDATA INFORMATICS LTD., ANUSH
RAMACHANDRAN and ALPHASOFT
SERVICES CORPORATION

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

[PROPOSED] ORDER GRANTING MOT. FOR EXPEDITED DISCOVERY　　　C 07-00225 SC

-2-