| | |
|---|---|
| 1 | GILBERT R. SEROTA (No. 75305) |
| | Email:  gserota@howardrice.com |
| 2 | KEVIN H. LEWIS (No. 197421) |
| | Email:  klewis@howardrice.com |
| 3 | JASON S. TAKENOUCHI (No. 234835) |
| | Email:  jtakenouchi@howardrice.com |
| 4 | HOWARD RICE NEMEROVSKI CANADY |
| |     FALK & RABKIN |
| 5 | A Professional Corporation |
| | Three Embarcadero Center, 7th Floor |
| 6 | San Francisco, California  94111-4024 |
| | Telephone:    415/434-1600 |
| 7 | Facsimile:    415/217-5910 |
| 8 | Attorneys for Plaintiff |
| | SARATH BOYAPATI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARATH BOYAPATI, an individual, | No. C 07-00225 SC |
| Plaintiff, | Action Filed: January 11, 2007 |
| v. | STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME FOR COUNTERCLAIM DEFENDANT SARATH BOYAPATI TO RESPOND TO COUNTERCLAIMS |
| BITECH INTERNATIONAL LLC, a Dubai Corporation; TELEDATA INFORMATICS LTD., an India Corporation; ANUSH RAMACHANDRAN, an individual; and ALPHASOFT SERVICES CORPORATION, a Delaware Corporation, | |
| Defendants. | |
| BITECH INTERNATIONAL LLC, a United Arab Emirates limited liability company; TELEDATA INFORMATICS LTD., an India Corporation; ANUSH RAMACHANDRAN, an individual; and ALPHASOFT SERVICES CORPORATION, a Delaware Corporation, | |
| Counterclaimants, | |
| v. | |
| SARATH BOYAPATI, an individual; MARILYN WEINSTEIN, an individual; and INTEGRATED TALENT SOLUTIONS, INC., a California corporation, | |
| Counterclaim Defendants. | |

1  WHEREAS on February 20, 2007, Defendants Bitech International LLC, Teledata Informatics Ltd., Anush Ramachandran, and AlphaSoft Services Corporation (collectively "Counterclaimants") filed their Counterclaims for violation of federal and state securities laws, and other claims for relief ("Counterclaims");

WHEREAS Plaintiff Sarath Boyapati ("Counterclaim Defendant Boyapati") has been served with the Counterclaims and has requested a seven day extension of time to respond to the Counterclaims;

WHEREAS this extension comports with Local Rule 6-1(a) because extending time for Counterclaim Defendant Boyapati to respond to the Counterclaims does not alter the date of any deadline already fixed by Court order;

WHEREAS counsel for Counterclaimants has agreed to the extension;

NOW THEREFORE, the parties stipulate as follows:

Counterclaim Defendant Boyapati's response to the Counterclaims shall be filed and served on or before March 19, 2007.

DATED: March 12, 2007.

HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation


By:_____/s/_____
              KEVIN H. LEWIS

Attorneys for Counterclaim Defendant
SARATH BOYAPATI

DATED: March 12, 2007

FARELLA BRAUN & MARTEL LLP


By:_____/s/ Kevin H. Lewis for Nan E. Joesten_____
              NAN E. JOESTEN

Attorneys for Counterclaimants
BITECH INTERNATIONAL LLC,
TELEDATA INFORMATICS LTD., ANUSH
RAMACHANDRAN and ALPHASOFT
SERVICES CORPORATION



IT IS SO ORDERED
Judge Samuel Conti