GILBERT R. SEROTA (No. 75305)
Email:  gserota@howardrice.com
KEVIN H. LEWIS (No. 197421)
Email:  klewis@howardrice.com
JASON S. TAKENOUCHI (No. 234835)
Email:  jtakenouchi@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for Plaintiff/Counterclaim Defendants
SARATH BOYAPATI

NAN E. JOESTEN (No. 191288)
Email:  njoesten@fbm.com
FRANK J. RIEBLI (No. 221152)
Email:  friebli@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:   415/954-4400
Facsimile:   415/954-4480



Attorneys for Defendants/Counterclaimants
BITECH INTERNATIONAL, LLC,
TELEDATA INFORMATICS LTD., ANUSH
RAMACHANDRAN, and ALPHASOFT
SERVICES CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SARATH BOYAPATI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BITECH INTERNATIONAL LLC, a Dubai Corporation; TELEDATA INFORMATICS LTD., an India Corporation; ANUSH RAMACHANDRAN, an individual; and ALPHASOFT SERVICES CORPORATION, a Delaware Corporation,<br><br>Defendants. | No. C 07-00225 SC<br><br>Action Filed: January 11, 2007<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND THE BRIEFING SCHEDULE FOR AND CONTINUE THE HEARING ON COUNTERCLAIM DEFENDANT SARATH BOYAPATI'S MOTION TO DISMISS CERTAIN STATE LAW COUNTERCLAIMS |
| BITECH INTERNATIONAL LLC, a United Arab Emirates limited liability company; | |

1   TELEDATA INFORMATICS LTD., an India
    Corporation; ANUSH RAMACHANDRAN,
2   an individual; and ALPHASOFT SERVICES
    CORPORATION, a Delaware Corporation,
3
                    Counterclaimants,
4
        v.
5
    SARATH BOYAPATI, an individual;
6   MARILYN WEINSTEIN, an individual; and
    INTERGRATED TALENT SOLUTIONS,
7   INC., a California Corporation,
8                   Counterclaim
                    Defendants.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

WHEREAS on February 20, 2007, Defendants Bitech International LLC, Teledata Informatics Ltd., Anush Ramachandran, and AlphaSoft Services Corporation (collectively "Counterclaimants") filed their Counterclaims for violation of federal and state securities laws, and other claims for relief ("Counterclaims") in the above-captioned case;

WHEREAS on March 15, 2007, Counterclaimants filed First Amended Counterclaims;

WHEREAS on March 23, 2007, Plaintiff Sarath Boyapati ("Counterclaim Defendant Boyapati") filed a Motion To Dismiss Certain State Law Counterclaims Pursuant To Federal Rule Of Civil Procedure 12(b)(1) ("Motion");

WHEREAS Counterclaimants' opposition to the Motion is currently due on April 6, 2007, Counterclaim Defendant Boyapati's reply in support of the Motion is currently due on April 13, 2007, and the Court's hearing on the Motion is currently set for April 27, 2007;

WHEREAS the parties wish to postpone the hearing on this Motion to May 11, 2007;

WHEREAS this extension comports with Local Rule 6-1(a) because the requested change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS counsel for Counterclaimants has agreed to the changes requested herein;

NOW THEREFORE, the parties stipulate as follows:

1.   Counterclaimants' opposition to the Motion shall be filed and served on or before April 20, 2007;

2.   Counterclaim Defendant Boyapati's reply in support of the Motion shall be filed and served on or before April 27, 2007; and


HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

1         3.    The Court's hearing on the Motion shall be scheduled for May 11, 2007, at

2         10:00 a.m.

3

4    DATED:  April 4, 2007

5                               FARELLA BRAUN & MARTEL LLP

6

7                               By:    /s/ Jason S. Takenouchi for Frank J. Riebli

8                                   FRANK J. RIEBLI

9                               Attorneys for Counterclaimants

10                              BITECH INTERNATIONAL, LLC; TELEDATA
                                INFORMATICS LTD.; ANUSH

11                              RAMACHANDRAN; and ALPHASOFT
                                SERVICES CORPORATION

12

13   DATED:  April 4, 2007.          HOWARD RICE NEMEROVSKI CANADY
                                  FALK & RABKIN

14                              A Professional Corporation

15

16                              By:               /s/
                                   JASON S. TAKENOUCHI

17                              Attorneys for Counterclaim Defendant
                                SARATH BOYAPATI

18

19        IT IS SO ORDERED.

20

21   DATED:  _____     4/5/07

22

23                            THE HONORABLE SAMUEL CONTI
                              UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28

                       HOWARD
                       RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*