Nan E. Joesten (State Bar No. 191288)
Frank J. Riebli (State Bar No. 221152)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants and Counterclaimants
BITECH INTERNATIONAL, LLC, TELEDATA INFORMATICS LTD., ANUSH RAMACHANDRAN, and ALPHASOFT SERVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARATH BOYAPATI, an individual, | Case No. C 07 0225 SC (MEJ) |
| Plaintiff, | Action Filed: January 11, 2007 |
| vs. | STIPULATED DISMISSAL WITH PREJUDICE |
| BITECH INTERNATIONAL LLC, a United Arab Emirates corporation; TELEDATA INFORMATICS LTD., an India corporation; ANUSH RAMACHANDRAN, an individual; and ALPHASOFT SERVICES CORPORATION, a Delaware corporation, | |
| Defendants. | |
| BITECH INTERNATIONAL LLC, a United Arab Emirates limited liability company; TELEDATA INFORMATICS LTD., an India corporation; ANUSH RAMACHANDRAN, an individual; and ALPHASOFT SERVICES CORPORATION, a Delaware corporation, | Trial Date: None Set |
| Counterclaimants, | |
| vs. | |
| SARATH BOYAPATI, an individual; MARILYN WEINSTEIN, an individual; and INTEGRATED TALENT SOLUTIONS, INC., a California corporation, | |
| Counterclaim Defendants. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED DISMISSAL WITH PREJUDICE  Case No. C 07 0225 SC (MEJ)

21773\1228832.1

1  WHEREAS Plaintiff and Counterclaim defendant Sarath Boyapati filed a complaint in the
2  above-captioned action on January 11, 2007;

3  WHEREAS Defendants and Counterclaimants Bitech International, LLC, Teledata
4  Informatics Ltd, Anush Ramachandran and AlphaSoft Services Corporation answered the
5  complaint and filed counterclaims against Sarath Boyapati, Marilyn Weinstein, and Intergrated
6  Talent Solutions on February 20, 2007, and amended their counterclaims on March 13, 2007;

7  WHEREAS Counterclaim defendants Marilyn Weinstein and Intergrated Talent Solutions
8  have not yet responded to the amended counterclaims;

9  WHEREAS the parties have reached mutually agreeable settlement terms;

10  NOW THEREFORE the parties stipulate, pursuant to Federal Rule of Civil Procedure
11  41(a)(1)(ii), to the dismissal WITH PREJUDICE of all of their respective claims and
12  counterclaims in this action in their entirety. The parties further stipulate that each party shall
13  bear his or its own attorneys' fees, costs and other expenses.

DATED: April 13, 2007                           FARELLA BRAUN & MARTEL LLP


                                                By:_____/s/_____
                                                    Frank J. Riebli

                                                Attorneys for Defendants and
                                                Counterclaimants BITECH
                                                INTERNATIONAL LLC, TELEDATA
                                                INFORMATICS LTD., ANUSH
                                                RAMACHANDRAN, and ALPHASOFT
                                                SERVICES CORPORATION


DATED: April 13, 2007                           HOWARD RICE NEMEROVSKI CANADY
                                                         FALK & RABKIN


                                                By:_____/s/_____
                                                    Kevin H. Lewis
                                                    Attorneys for Plaintiff and Counterdefendant
                                                    SARATH BOYAPATI

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti / 4/16/07]

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED DISMISSAL WITH
PREJUDICE  Case No. C 07 0225 SC (MEJ)        - 2 -                        21773\1228832.1